UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| 818 PARTNERS, LLC, | Civil No. 23-3279 (JRT/DLM) |
| Plaintiff, | |
| v. | ORDER ON REPORT AND RECOMMENDATION |
| BLUE HOLDCO 440, LLC, | |
| Defendant. | |

Matthew A Drewes, **DEWITT LLP,** 2100 AT&T Tower, 901 Marquette Avenue, Minneapolis, MN 55402, for plaintiff.

James M Susag, **LARKIN HOFFMAN DALY & LINDGREN, LTD,** 8300 Norman Center Drive, Suite 1000, Minneapolis, MN 55437-1060, for defendant.

United States Magistrate Judge Douglas L. Micko filed a Report and Recommendation on November 14, 2023. (ECF No. 5) No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF No. 5) is **ADOPTED**;

2. This case is **DISMISSED** and **REMANDED** to state court.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 18, 2023　　　　　　　　___s/John R. Tunheim____
at Minneapolis, Minnesota　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　United States District Judge